UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:06-CV-00136-LRH-RAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff GREAT AMERICAN INSURANCE COMPANY OF NEW YORK's ("GAIC") attorneys of record, Duane Morris LLP, and Defendant NORTH AMERICAN SPECIALTY INSURANCE COMPANY's ("NAS") attorneys of record, Ryan Mercaldo & Worthington LLP, that the deadline to file the Joint Pre-trial Order, currently scheduled for March 13, 2008, be extended to May 13, 2008. The Court recently ruled on the parties' motions for summary judgment, holding, in part, that NAS has a duty to defend the parties' mutual insured in the underlying construction-defect litigation. The amount of NAS' contribution and reimbursement to GAIC for past defense costs incurred in the underlying action still remains for trial. In light of the Court's order, the parties are actively engaged in settlement negotiations, and a trial of this action may thus be unnecessary.

Therefore, in light of the Court's order on the parties' motions for summary judgment and the parties' on-going settlement discussions, the parties stipulate and agree to extend the deadline to file the Joint Pre-trial order to **May 13, 2008**. This is the parties' first request to extend the deadline for the Joint Pre-Trial Order.

DATED: March 5, 2008

DUANE MORRIS LLP

By: _____
Dominica C. Anderson (SBN 2988)
Jennifer D. Mckee (SBN 9624)
Ryan A. Loosvelt (SBN 8550

Attorneys for Plaintiff GREAT AMERICAN
INSURANCE COMPANY OF NEW YORK

DATED: March 5, 2008

RYAN MERCALDO & WORTHINGTON, LLP.

By: _____
Brian P. Worthington (SBN 006179)
Ryan M. Venci (SBN 007547)

Attorneys for Defendant NORTH AMERICAN
CAPACITY INSURANCE COMPANY

## ORDER

Pursuant to stipulation of the parties and good cause appearing,

IT IS SO ORDERED that the deadline to file the Joint Pre-trial Order is rescheduled for May 13, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
DATED: March 6, 2008